UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. DANIELS, II,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENISE LEDGER,<br><br>　　　　　Defendants. | No. 1:16-cv-00377-DAD-SKO<br><br>ORDER ASSIGNING ACTION TO THE UNITED STATES MAGISTRATE JUDGE PURSUANT TO APPENDIX A(k) OF THE LOCAL RULES<br><br>(Doc. No. 5) |

　　　　This is a civil rights action filed by plaintiff L.M. Daniels, II, who is presently confined in the Fresno County Jail. Plaintiff consented to magistrate judge jurisdiction on May 4, 2016 (Doc. No. 5), and no other party has appeared in the action. Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, this action shall be assigned to a United States Magistrate Judge to conduct all proceedings in the case until such time as reassignment to a district judge may be required. *See* Local Rule Appendix A(k)(3). Accordingly, this action is hereby reassigned to United States Magistrate Judge Sheila K. Oberto for all purposes, pursuant to 28 U.S.C. § 636(c).

/////

/////

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

**1:16-cv-00377-SKO**

IT IS SO ORDERED.

Dated:   **January 29, 2017**

_____
UNITED STATES DISTRICT JUDGE